IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
GLOBAL EVENTS MANAGEMENT        *
GROUP, INC.,                    *
                                *
        Plaintiff,              *
                                *
    v.                          *           CV 113-101
                                *
JOSEPH MULLINS individually     *
and as Mullins Management,      *
Inc., his alter ego; and        *
MULLINS MANAGEMENT, INC.,       *
d/b/a Mullins Management        *
Entertainment,                  *
                                *
        Defendants.             *
```

**O R D E R**

Presently pending before the Court is the parties' joint motion to stay. (Doc. 41.) The parties represent that formal mediation may resolve the dispute, but Plaintiff's principal is out of the country until mid-January 2015. The parties request a stay to give them sufficient time to conduct formal mediation with all parties present.

Upon due consideration, the parties motion to stay (doc. 41) is **GRANTED**; this case is hereby **STAYED** until **February 20, 2015**, and the parties shall attend, in person, a mediation to be held in the Atlanta, Georgia area with a mutually agreed neutral by February 20, 2015. Further, the parties are **INSTRUCTED** to

file a status report on **February 20, 2015,** or earlier if the mediation is completed before this time.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of December, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA